IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE PAUL CALDWELL**      Plaintiff, | * * * |
| v. | *    Civil Case No. 1:05CV1122-MHT |
| | * |
| **J.W. SHELTON, in his individual capacity,**      Defendant. | * * |

## MOTION TO DEPART FROM RULE 26 ORDER

COME NOW the parties, jointly, and would show the Court as follows:

This case is due to be tried in the Southern Division of the Middle District of Alabama in Dothan.

The only two trial terms for this Court in Dothan during 2006 occur in February and July. Counsel for the parties agree that they cannot complete discovery in time for a July trial. Counsel for the defendant has identified over 20 potential witnesses to the event made the subject of this action.

The Court has suggested to the parties that they should offer a trial date within seven to ten months from the date of the most recent Order, making the July term the only one available.

The parties respectfully request that the Court permit them to declare ready for trial during the Court's first term of 2007.

RESPECTFULLY SUBMITTED, January 10, 2006.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
334-263-7733 (Voice)

334-832-4390 (Fax)
ASB-2014-E66J
J-Lewis@JayLewisLaw.com
Attorney for Plaintiff

/s/ R. TODD DERRICK
R. Todd Derrick
Cobb, Shealy, Crum & Derrick, P.A.
P.O. Box 6346
Dothan, AL 36302
334-677-3000 (Voice)
334-677-0030 (Fax)
ASB-8099-R79R
tderrick@cobb-shealy.com
Attorney for Defendants