IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **WILLIE PAUL CALDWELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv1122-MHT |
| ) | |
| **J. W. SHELTON,** ) | |
| ) | |
| Defendant. ) | |

ORDER

It is ORDERED that the motion to depart (Doc. No. 7) is granted.

DONE, this the 18th day of January, 2006.

                                                   /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**