IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WILLIE PAUL CALDWELL,<br>  PLAINTIFF, | )<br>)<br>) |
| vs. | )   Case No: 1:05 CV 1122 M<br>) |
| J. W. SHELTON, in his individual capacity,<br>  DEFENDANT. | )<br>)<br>) |

## JOINT MOTION TO DISMISS

Come the Plaintiff, Willie Paul Caldwell, and Defendant, J. W. Shelton, by and through their respective attorneys of record, and files this joint motion to dismiss. The parties stipulate and agree that the above styled action be dismissed with prejudice to the bringing of another action against the Defendant, J. W. Shelton and each party shall bear their own costs of court.

This the 26th day of July, 2006.

_/s/ Jay Lewis_
Jay Lewis, Esquire
Attorney for Willie Paul Caldwell

OF COUNSEL:
Law Offices of Jay Lewis, LLC
Post Office Box 5059
Montgomery, Alabama 36103
(334) 263-7733

_/s/ R. Todd Derrick_
R. Todd Derrick, Esquire
Attorney for J. W. Shelton

OF COUNSEL:
COBB, SHEALY, CRUM & DERRICK, P.A.
Post Office Box 6346
Dothan, Alabama 36302
(334) 677-300 – Telephone
(334) 677-0030 – Facsimile